UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Kristyn Denise Walker, *pro se*,

                             Debtor.
_____/

Case No. 21-44722
Chapter 7
Judge Thomas J. Tucker

Kristyn Denise Walker, *pro se*,

                             Plaintiff,

vs.

United States Department of Education,

                             Defendant.
_____/

Adv. Pro. No. 21-04203

## ORDER COMPELLING PLAINTIFF
## TO FULLY RESPOND TO DISCOVERY

This adversary proceeding is before the Court on the motion by the Defendant United States, on behalf of the United States Department of Education (the "Defendant"), for an order compelling Plaintiff to fully comply with the Defendant's request to produce documents (Docket # 27, the "Motion"). No timely response to the Motion was filed, and the Court finds good cause to enter this Order.

**IT IS ORDERED** that Plaintiff, Kristyn Denise Walker must fully respond to and comply with the Defendant's First Request for Production of Documents (Docket # 22), no later than March 18, 2022.

**IT IS FURTHER ORDERED** that if Plaintiff, Kristyn Denise Walker fails to fully comply with this Order, Defendant may so notify this Court, and submit a proposed judgment, and in that event the Court may enter a judgment of non-dischargeability of the debt in favor of the Defendant, in the amount of $19,859.14.

*IT IS FURTHER ORDERED that Defendant must immediately serve a copy of this Order on the Plaintiff, and then promptly file proof of such service.*

**Signed on March 8, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge