**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Order Entered on
November 28, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with exhibits, if any, for a total of _____ pages. Motion/Application Docket Entry No. _____ .

//

//

//

//

DATED: November 28, 2023

Judge, United States Bankruptcy Court

**CSD 3000A**

**CSD 3000A** [07/01/18]**(Page 2)**
ORDER ON
DEBTOR:                                                                                       CASE NO.:
                                                                                              ADV. NO.:

**CSD 3000A**

Signed by Judge Laura Stuart Taylor November 28, 2023

FRANK D. WALKER
Law Office of Frank D. Walker
P.O. Box 120037
Chula Vista, CA 91912
Tel: (619) 861-4350
Fax: (619) 717-8880
Email: fdwalker@gmail.com
Attorney for Plaintiff
Sara Ortega de Burquez

TARA K. McGRATH
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California Bar No. 228693
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7603
Fax: (619) 546-7751
Email: leslie.gardner2@usdoj.gov
Attorneys for Defendant
U.S. Department of Education

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SARA ORTEGA DE BURQUEZ<br><br>Debtor,<br><br>SARA ORTEGA DE BURQUEZ,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>Defendant. | Adversary Case No.: 22-90005-LT<br>Bankruptcy Case No.: 21-04162-LT7<br><br>**STIPULATION TO DISCHARGE AND DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sara Ortega de Burquez and Defendant U.S. Department of Education (Education) as follows:

## RECITALS

A.  Plaintiff filed a Chapter 13 bankruptcy petition on October 26, 2021.

B.  On January 26, 2022, Plaintiff filed a complaint, commencing the present adversary proceeding to seek the discharge of her student loans obligations under 11 U.S.C. § 523(a)(8).

C.  The parties have been working towards a resolution of the complaint pursuant to the November 2022 guidance put forth by Education and the U.S. Department of Justice, and have come to an agreement.

D.  Plaintiff's repayment of her student loan obligation owing to Education would impose an undue hardship.

E.  In view of the imposed undue hardship on Plaintiff, the parties agree her student loan obligations to Education should be declared dischargeable under 11 U.S.C. § 523(a)(8).

F.  Upon entry of an order approving this Stipulation, Education will adjust Plaintiff's loan amounts to reflect that the balance for the student loans at issue are $0, and it shall permanently write-off the debt pursuant to this Stipulation.

G.  Upon the entry of an order approving this Stipulation, the present adversary proceeding will be dismissed with prejudice, with the parties bearing their own costs, expenses, and fees.

## AGREEMENT

Subject to the approval of the Bankruptcy Court, Plaintiff's student loan obligations

///

///

*Stipulation to Discharge*  2  22-90005-LT7

Signed by Judge Laura Stuart Taylor November 28, 2023

to Education are declared dischargeable under 11 U.S.C. § 523(a)(8) and this matter is dismissed with prejudice.

IT IS SO STIPULATED.

Date: November 22, 2023             Respectfully submitted,
                                    FRANK WALKER

                                    s/ *Frank Walker*
                                    FRANK WALKER
                                    Attorney for Plaintiff

Date: November 22, 2023             Respectfully submitted,
                                    TARA K. McGRATH
                                    United States Attorney

                                    /s/ *Leslie M. Gardner*
                                    LESLIE M. GARDNER
                                    Assistant United States Attorney
                                    Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures, I hereby certify that the content of this document is acceptable to Frank Walker, counsel for Plaintiff, and that I have obtained his authorization to affix his signature to this document.

                                    /s/ *Leslie M. Gardner*
                                    LESLIE M. GARDNER
                                    Assistant United States Attorney